UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br>WILFOR ALFREDO PORTALES (1),<br><br>　　　　　　　　　　Defendant. | CASE NO. 11CR0459-H<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION |

On January 31, 2012, a Final Pretrial Diversion Hearing was held before the Honorable Cathy Ann Bencivengo. The Government's oral motion to dismiss this matter and motion to exonerate the bond was granted. (Doc. No. 21).

GOOD CAUSE APPEARING and upon the motion of the United States of America, the Information in the above entitled case is hereby **dismissed with prejudice**. The bond is exonerated and, if held by the United States Pretrial Services Office, Defendant's passport is to be released to the Defendant.

IT IS SO ORDERED.

DATED: March 20, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT